THE STATE OF OHIO, APPELLEE, *v.* TOWE, APPELLANT.

[Cite as *State v. Towe* (1998), 84 Ohio St.3d 26.]

(Nos. 98–604 and 98–606—Submitted October 13, 1998—Decided November 25, 1998.)

*Joseph T. Deters,* Hamilton County Prosecuting Attorney, and *Sherry Green,* Assistant Prosecuting Attorney, for appellee.

*Schuh & Goldberg* and *J. Robert Andrews,* for appellant.

The judgment of the court of appeals on Propositions of Law Nos. I and II is affirmed on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

Propositions of Law Nos. III, IV, and V are dismissed as having been improvidently allowed.

DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

MOYER, C.J., and COOK, J., concur in part and dissent in part.

---

**COOK, J., concurring in part and dissenting in part.** I dissent from the dismissal of Propositions of Law Nos. III, IV, and V.

MOYER, C.J., concurs in the foregoing opinion.